UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**DALORIS GUILLORY**              **CIVIL ACTION NO. 2:22-CV-05730**

**VERSUS**                        **JUDGE JAMES D. CAIN, JR.**

**STATE FARM FIRE & CASUALTY CO** **MAGISTRATE JUDGE KAY**

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers this 23rd day of May, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE